WENDELL P. MURRAY, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued April 13, 1931; decided May 12, 1931.)

Page Header# 624

*Jerome K. Cheney, John F. Murray* and *William H. Murray* for appellant.

*Frank H. Hiscock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.